UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(BARRY TED MOSKOWITZ)

FILED
2009 SEP 15 PM 3: 40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09 CR 365-BTM |
| Plaintiff, | |
| vs. | ORDER REGARDING MOTION HEARING |
| TRAVIS CHELBERG, | |
| Defendant. | |

The Court finds that:

1. Defense Counsel is filing his motions late;

2. Defense Counsel was unavailable due to medical reasons;

3. A brief continuance will allow government counsel to answer defense counsels motions;

4. Both government counsel and defense counsel agree to this proposed continuance;

5. The time between September 16, 2009 and September 25, 2009, is excluded under the Speed Trial Act.

IT IS THEREFOR ORDERED that defendant TRAVIS CHELBERG's motion hearing be continued from September 16, 2009 at 9:00 a.m. to September 25, 2009 at 2:00 p.m.

IT IS SO ORDERED

DATED: 9/15/09

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE