UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS CHELBERG,<br><br>Defendant. | Case No.: 3:09-cr-00365-BTM<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>**[ECF No. 374]** |

Defendant Travis Chelberg has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 374 ("Mot.").)

As amended by the First Step Act, 18 U.S.C. § 3582(c)(1)(A) provides that:

> [T]he court, upon motion of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment . . . after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that –
> (i) extraordinary and compelling reasons warrant such a reduction
> ...
> and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

18 U.S.C. § 3582(c)(1)(A).

First, Defendant has provided no evidence that he has exhausted his administrative remedies. *See United States v. Wholecheese*, 845 F. App'x 655, 656 (9th Cir. 2021) ("the district court lacked authority to address [defendant's compassionate release] motion" because "[t]he record show[ed] that [defendant] did not fulfill [the administrative exhaustion] requirement prior to filing his compassionate release motion in the district court").

Second, Defendant does not articulate, nor provide evidence of extraordinary and compelling reasons warranting a reduction in his sentence. Defendant only states in a conclusory fashion that he "is at risk of catching COVID-19, has serious medical issues, and should not be subject to the harsh living conditions of prison" and argues that his sentence was excessive. (Mot. at 2, 6-7.)

Defendant's motion for release under § 3582(c) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  November 22, 2021

_____
Honorable Barry Ted Moskowitz
United States District Judge