# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>v.<br><br>TRAVIS CHELBERG,<br><br>                                Defendant. | Case No.:  3:09-cr-365-BTM<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE AND MOTION FOR SUBPOENAS RELATING TO MOTION FOR COMPASSIONATE RELEASE** |

    Defendant Travis Chelberg has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), relating his recent revocation of supervised release, and alleging dental and medical issues.  Defendant has provided no evidence that he has exhausted his administrative remedies.  *See United States v. Wholecheese,* 845 F. App'x 655, 656 (9th Cir. 2021) ("the district court lacked authority to address [defendant's compassionate release] motion" because "[t]he record show[ed] that [defendant] did not fulfill [the administrative exhaustion] requirement prior to filing his compassionate release motion in the district court").

    Defendant's motion for release under § 3582(c) is **DENIED WITHOUT PREJUDICE**.

Defendant has also filed a motion for subpoenas related to his compassionate release motion.  Because the Court has denied Defendant's motion for compassionate release, Defendant's motion for subpoenas is **DENIED WITHOUT PREJUDICE** as moot.

**IT IS SO ORDERED**.

Dated:  December 16, 2021

_____
Honorable Barry Ted Moskowitz
United States District Judge