UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  09CR00365-BTM |
| Plaintiff, | |
| v. | **ORDER** |
| TRAVIS CHELBERG, | |
| Defendant. | |

The defendant's motion for release is DENIED without prejudice to reconsideration at the status hearing. The Court is absolutely convinced that release will result in Mr. Chelberg using controlled substances and being a risk of danger to himself. Also, use of controlled substances would result in his rejection from the Freedom Ranch residential drug program.

**SO ORDERED.**

DATED:  March 24, 2023

By: _____
Honorable Barry Ted Moskowitz
United States District Judge